# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARDI J. REBALDO** | **CIVIL ACTION** |
| **VERSUS** | **NO:** 08-4062 |
| **ALBERT JENKINS, ET AL.** | **SECTION:** "A" (4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Plaintiff Richardi J. Rebaldo's claims against Defendants Jeffrey Travis, Tommy Brumfield, and Sheryl Muwwakki are **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

April 23, 2009

_____
UNITED STATES DISTRICT JUDGE