UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARDI REBALDO**                                                    **CIVIL ACTION**

**VERSUS**                                                              **NO. 08-4062**

**CADET ALBERT JENKINS, COLONEL**                                       **SECTION "A"(4)**
**TOMMY BRUMFIELD, MAJOR JERRY**
**MILLER, SERGEANT GARY KING, SOCIAL**
**WORKER LIZ OLIVERA, DR. LO - MENTAL**
**HEALTH, SOCIAL WORKER SHERRYL**
**MUWWAKKI, WARDEN JEFFREY TRAVIS,**
**RAYBURN CORRECTIONAL CENTER**

## O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. No. 39)** filed by the Defendants, Dr. William Lo, Liz Olivera, Gary King, and Jerry Miller, is **DENIED**.

September 17, 2009

_____
UNITED STATES DISTRICT JUDGE