UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARDI J. REBALDO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4062** |
| **CADET ALBERT JENKINS, COLONEL TOMMY BRUMFIELD, MAJOR JERRY MILLER, SARGENT GARY KING, SOCIAL WORKER LIZ OLIVERA, DR. LO MENTAL HEALTH, SOCIAL WORKER SHERYL MUWWAKKI, WARDEN JEFFERY TRAVIS** | **SECTION "A"(4)** |

## O R D E R

The court, having considered the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** the **Motion for Summary Judgment (Rec. Doc. No. 71)** filed by the defendants Dr. William Lo, Liz Olivera, and Major Jerry Miller be **GRANTED in part** and that (1) Richardi J. Rebaldo's 42 U.S.C. § 1983 and state law claims against Miller, Lo, and Olivera, each in their official capacities, be **DISMISSED WITHOUT PREJUDICE** because the Court lacks jurisdiction under the Eleventh Amendment; (2) Rebaldo's § 1983 claims against defendant Miller, in his individual capacity, alleging that Miller improperly covered-up the investigation into Deputy Jenkins sexual acts against other inmates, failed to take disciplinary action against Deputy Jenkins,

and failed to report Deputy Jenkins's acts to the district attorney for prosecution be **DISMISSED WITH PREJUDICE**; and (3) Rebaldo's § 1983 claims against Olivera, in her individual capacity, for consulting with him in the presence of others be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the **Motion for Summary Judgment (Rec. Doc. No. 71)** filed by the defendants Lo, Olivera, and Miller be **DENIED in part** with regard to Rebaldo's § 1983 claims against defendant Miller, in his individual capacity, as a policy-maker and as a supervisor for failure to train and supervise by allowing Deputy Jenkins back on duty in spite of the prior abusive acts upon other inmates; and with regard to Rebaldo's § 1983 claims against Lo and Olivera, each in their individual capacities, for denial of adequate psychiatric care and treatment.

August 26, 2010

_____
UNITED STATES DISTRICT JUDGE