UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD J. REBALDO                                    CIVIL ACTION

VERSUS                                                NO. 08-4062

CADET ALBERT JENKINS, ET AL.                          SECTION "A"(4)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 87), and plaintiff's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter, except that the dismissal as to Cadet Albert Jenkins will be without prejudice. Therefore,

**IT IS ORDERED** that Plaintiff's claims against Cadet Albert Jenkins are **DISMISSED WITHOUT PREJUDICE** for failure to serve and failure to prosecute.

December 16, 2010

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE